| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JORGE ANTONIO MELGAR-ZAMORA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00009-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE BRIEFING SCHEDULE FOR STATUS CONFERENCE; ORDER |
| vs. | |
| JORGE ANTONIO MELGAR-ZAMORA, | Date:  May 13, 2019 |
| | Time:  1:00 p.m. |
| Defendant. | Hon.   Judge Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jorge Antonio Melgar-Zamora, that the Court may vacate the briefing schedule for a motion to suppress.

The defense is currently exploring a motion to suppress that, in part, challenges the search of Mr. Melgar-Zamora's vehicle following a purported "alert" by a drug dog.  The defense has identified additional information necessary to the preparation of the motion to suppress and is currently working with the government to determine whether a motion for discovery or Rule 17(c) subpoena application is necessary.

In the meantime, the parties request that the Court vacate the briefing schedule and set this matter for a status conference on May 13, 2019.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: April 22, 2019 */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 22, 2019 */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JORGE ANTONIO MELGAR-ZAMORA

# **O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the briefing schedule for a motion to suppress is vacated. The matter is set for a status conference on May 13, 2019, at 1:00 p.m.

IT IS SO ORDERED.

Dated: **April 23, 2019** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE