| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JORGE ANTONIO MELGAR-ZAMORA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00009-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO SUPPRESS AND CONTINUE MOTION HEARING; ORDER |
| vs. | |
| JORGE ANTONIO MELGAR-ZAMORA, | Date: September 16, 2019 |
| | Time: 10:00 a.m. |
| Defendant. | Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Thomas Newman, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jorge Antonio Melgar-Zamora, that the Court may modify the briefing schedule for Mr. Melgar-Zamora's motion to suppress and continue the motion hearing as follows: motion due July 26, 2019; opposition due August 16, 2019; optional reply due August 30, 2019; motion hearing September 16, 2019, at 10:00 a.m.

The parties request the modification and continuance for the following reasons: Counsel for the government will be preparing for a trial at the time the opposition brief is currently due and anticipates he would need to move for a two-week continuance in order to effectively respond to the defense's motion. Further, defense counsel was unexpectedly out of the office on July 11, 2019, and requires additional time to finalize the motion to suppress.

The parties agree that, pursuant to 18 U.S.C. § 3161(h)(7)(A), time should be excluded through July 26, 2019, because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Specifically, the parties agree that failure to grant the requested continuance would deny both counsel for the defendant and counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The parties further acknowledge that time will be excluded from July 26, 2019, through September 16, 2019, pursuant to 18 U.S.C. § 3161(h)(1)(D), as such delay will be the result of a pretrial motion.

WHEREFORE, the parties hereby request that the Court modify the briefing schedule and continue the motion hearing as set forth above.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: July 12, 2019  */s/ Thomas Newman*
THOMAS NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 12, 2019  */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JORGE ANTONIO MELGAR-ZAMORA

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the briefing schedule for a motion to suppress is modified as follows: motion due July 26, 2019; opposition due August 16, 2019; optional reply due August 30, 2019.  The motion hearing currently set for August 28, 2019, at 10:00 a.m. is continued to September 16, 2019, at 10:00 a.m.  Time is excluded through September 16, 2019, for the reasons set forth in the parties' stipulation, and pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  **July 12, 2019**         /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE