1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ERIN SNIDER, #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  JORGE ANTONIO MELGAR-ZAMORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00009-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND DEADLINE FOR FILING REPLY BRIEF; ORDER |
| vs. | Date:  September 16, 2019 |
| JORGE ANTONIO MELGAR-ZAMORA, | Time:  10:00 a.m.<br>Hon.   Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Justin Gilio, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Jorge Antonio Melgar-Zamora, that the Court may extend the deadline to file a reply to the government's opposition to Mr. Melgar-Zamora's motion to suppress from August 28, 2019, to August 30, 2019.

Defense counsel requires an additional two days to file the reply brief because she is in the midst of preparing for a trial scheduled to begin September 9, 2019, and has had insufficient time to conduct the necessary research to respond adequately to the government's arguments. Counsel for the government has no objection.

WHEREFORE, the parties hereby request that the Court extend the deadline for filing a reply brief to August 30, 2019.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: August 27, 2019	*/s/ Justin Gilio*
JUSTIN GILIO
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 27, 2019	*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JORGE ANTONIO MELGAR-ZAMORA

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the deadline for the defense's reply to the government's opposition to the motion to suppress is extended from August 28, 2019, to August 30, 2019.

IT IS SO ORDERED.

Dated: __**August 27, 2019**__

_____
UNITED STATES DISTRICT JUDGE