McGREGOR W. SCOTT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00009-DAD-BAM |
| Plaintiff, | GOVERNMENT MOTION TO DISMISS AND ORDER |
| v. | |
| JORGE ANTONIO MELGAR-ZAMORA, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal without prejudice of the above-captioned matter.

Dated: October 23, 2019

McGREGOR W. SCOTT
United States Attorney

By: */s/ Justin J. Gilio*
Justin J. Gilio
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **October 23, 2019**

UNITED STATES DISTRICT JUDGE