UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE ANTONIO MELGAR-ZAMORA,<br><br>Defendant. | Case No. 1:19-cr-00009-DAD-BAM<br><br><br>ORDER OF RELEASE |

An order dismissing the Indictment against the above named defendant in this action was filed on October 23, 2019. Accordingly, the defendant shall be released as to this case forthwith.

IT IS SO ORDERED.

Dated: __**October 24, 2019**__  _____
UNITED STATES DISTRICT JUDGE

1